1450

## MOTION DOCKET

**93–1416.**   State v. Williams.   *Butler County,* No. CA92–07–133.   On amended motion for reconsideration under S.Ct.Prac.R. XI(1)(B).   Motion denied.

**94–1156.**   Whitehall ex rel. Wolfe v. Ohio Civil Rights Comm.   *Franklin County,* No. 93APD12–1719.   On request for oral argument.   Request denied.

**94–2181.**   State ex rel. Linndale v. Teske.   In Mandamus.   On request for oral argument.   Request denied.

**94–2511.**   Roberts v. United States Fid. & Guar. Co.   *Erie County,* No. E–93–35.   On motion to strike.   Motion denied.

F.E. SWEENEY, J., dissents.

WRIGHT, J., not participating.

**95–269.**   Schaefer v. Allstate Ins. Co.   *Franklin County,* No. 94APE04–507.   On motion to withdraw Jeanette Schaefer from appeal.   Motion granted.

DOUGLAS, J., dissents.

**95–301.**   Mauzy v. Kelly Serv., Inc.   *Lake County,* No. 94–L–029.   On motion for admission *pro hac vice* of Cathy Ventrell–Monsees by Patrick Perotti.   Motion granted.